# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JOHNSON, | No. 4:18-CV-01862 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| DANIEL REYNOLDS, *et al.*, | |
| Defendants. | |

# **ORDER**

### **OCTOBER 30, 2019**

Howard Johnson filed this amended 42 U.S.C. § 1983 complaint alleging that several police officers violated his civil rights when they promised not to prosecute him for criminal conduct if he provided a written confession and permitted police to search his phone, but later filed criminal charges against him anyway.[1] On October 9, 2019, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court dismiss the complaint with prejudice.[2] No timely objections were filed to this Report and Recommendation.

---

[1] Doc. 12.
[2] Doc. 15.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no clear error in Magistrate Judge Arbuckle's conclusion that the complaint is barred by *Heck v. Humphrey,* 512 U.S. 477 (1994), and is otherwise without merit. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 15) is **ADOPTED**;

2. Johnson's amended complaint (Doc. 12) is **DISMISSED** with prejudice; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.